**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-2250**

CHARLES WILLIAM LEVY,

                                        Plaintiff - Appellant,

    versus

STATE BOARD OF ELECTIONS; JAMES S. GILMORE,
III, Governor of Virginia,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-01-1035-A)

Submitted:  August 29, 2002      Decided:  September 4, 2002

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles William Levy, Appellant Pro Se.  James Walter Hopper,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals the district court's orders dismissing his complaint and denying his motion for reconsideration. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Levy v. State Bd. of Elections, No. CA-01-1035-A (E.D. Va. filed Sept. 14, 2001 & entered Sept. 19, 2001; filed Oct. 1, 2001 & entered Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED